Thomas O. Gorman
1401 New York Avenue NW, Suite 900
Washington, DC 20005
(202) 442-3507

Attorneys for Defendants MARLIO MAURICIO DIAZ CARDONA and CARLOS FELIPE REZK

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION | 23-CV-00131-JSR |
| Plaintiff, | **NOTICE OF APPEARANCE** |
| -v- | |
| ANDREW DEFRANCESCO, MARLIO MAURICIO DIAZ CARDONA, CARLOS FELIPE REZK, NIKOLA FAUKOVIC, and CATHERINE DEFRANCESCO | |
| Defendants. | |

---

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

The undersigned is admitted or otherwise authorized to practice in this court, and hereby appears as counsel for Defendants Marlio Mauricio Diaz Cardona and Carlos Felipe Rezk.

| | |
|---|---|
| Dated: Washington, DC<br>January 13, 2023 | **DORSEY & WHITNEY LLP**<br><br>By /s/ Thomas O. Gorman_____<br>THOMAS O. Gorman (SBN 2367407)<br>gorman.tom@dorsey.com<br>1401 New York Avenue NW, Suite 900<br>Washington, DC 20005<br>(202) 442-3507<br><br>Attorneys for Defendants MARLIO MAURICIO DIAZ CARDONA and CARLOS FELIPE REZK |

## CERTIFICATE OF SERVICE

I, Thomas O. Gorman, counsel for Defendants Marlio Mauricio Diaz Cardona and Carlos Felipe Rezk, hereby certify that on this 13th day of January, 2023, I served a copy of **NOTICE OF APPEARANCE** by filing the same with the Court using the CM/ECF System.

*/s/ Thomas O. Gorman*
Thomas O. Gorman