AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION<br>*Plaintiff*<br>v.<br>ANDREW DEFRANCESCO, et al.,<br>*Defendant* | )<br>)<br>)<br>)<br>) |

Case No.    1:23-cv-00131

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SECURITIES AND EXCHANGE COMMISSION                                              .

Date:     01/17/2023

/s/ Katherine S. Bromberg
*Attorney's signature*

Katherine S. Bromberg 4154555
*Printed name and bar number*

Securities and Exchange Commission
33 Arch Street, 24th Floor
Boston, MA 02110

*Address*

brombergk@sec.gov
*E-mail address*

(617) 573-8914
*Telephone number*

*FAX number*

| Print | Save As... | | Reset |
|---|---|---|---|