AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| SECURITIES AND EXCHANGE COMMISSION | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 23-cv-00131 |
| ANDREW DEFRANCESCO, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff.

Date: 01/18/2023

/s/Michael D. Paley
*Attorney's signature*

Michael D. Paley
*Printed name and bar number*

Securities and Exchange Commission
100 Pearl Street
Suite 20-100
New York. NY 10004-2616
*Address*

paleym@sec.gov
*E-mail address*

(212) 336-0145
*Telephone number*

*FAX number*