AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-00131 |
| ANDREW DEFRANCESCO, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SECURITIES AND EXCHANGE COMMISSION.

Date: 02/06/2023

/s/ Christopher M. Colorado
*Attorney's signature*

Christopher M. Colorado (4536298)
*Printed name and bar number*

Securities and Exchange Commission
100 Pearl Street, Suite 20-100
New York, New York 10004-2616
*Address*

ColoradoCh@sec.gov
*E-mail address*

(212) 336-9143
*Telephone number*

*FAX number*