UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>-v-<br><br>ANDREW DEFRANCESCO, MARLIO MAURICIO DIAZ CARDONA, CARLOS FELIPE REZK, NIKOLA FAUKOVIC, and CATHERINE DEFRANCESCO,<br><br>           Defendants. | Case No. 23-cv-00131-JSR<br><br>MOTION OF CAITLIN L.D. HULL FOR ADMISSION *PRO HAC VICE* |

    Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Caitlin L.D. Hull, hereby move this Court for an Order granting my admission *pro hac vice* to appear as counsel for Defendants Marlio Mauricio Diaz Cardona and Carlos Felipe Rezk in the above-captioned action.

    I am a member in good standing of the bars of the State of Minnesota and State of North Dakota and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3, certificates of good standing, and a proposed order. My contact information is as follows:

Dated:   February 7, 2023                         Respectfully Submitted,

                                                                  */s/ Caitlin L.D. Hull*
                                                                   Caitlin L.D. Hull
                                                                   DORSEY & WHITNEY LLP
                                                                   50 South Sixth Street, Suite 1500
                                                                   Minneapolis, MN 55402
                                                                   Telephone: (612) 492-6773
                                                                   hull.caitlin@dorsey.com

Thomas O. Gorman
DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900
Washington, DC 20005
Telephone: (202) 442-3507
gorman.tom@dorsey.com

*Attorneys for Defendants Marlio Mauricio Diaz Cardona and Carlos Felipe Rezk*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2023, I caused copies of the foregoing Motion for Admission *Pro Hac* Vice to be electronically filed with the Clerk of the Court and served on all parties of record using the CM/ECF system.

By: */s/ Caitlin L.D. Hull*