**UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

SECURITIES AND EXCHANGE
COMMISSION,

         Plaintiff,

-v-

ANDREW DEFRANCESCO, MARLIO
MAURICIO DIAZ CARDONA, CARLOS
FELIPE REZK, NIKOLA FAUKOVIC, and
CATHERINE DEFRANCESCO,

         Defendants.

---

Case No. 23-cv-00131-JSR

**AFFIDAVIT OF CAITLIN L.D. HULL
IN SUPPORT OF MOTION FOR
ADMISSION *PRO HAC VICE***

I, Caitlin L.D. Hull, being duly sworn, states as follows:

1.    I am an associate at the law firm of Dorsey & Whitney LLP, and I am one of the attorneys representing Defendants Marlio Mauricio Diaz Cardona and Carlos Felipe Rezk in the above-captioned matter.

2.  I submit this Affidavit in connection with my motion to appear *pro hac vice* in this matter.

3.  I am admitted to practice law in the State of Minnesota and the State of North Dakota and am a member in good standing of the bars of those jurisdictions.

4.  Certificates of good standing from the bars of Minnesota and North Dakota are enclosed as Exhibits 1 and 2 to this Affidavit.

5.  I have never been convicted of a felony.

6.  I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

7. There are no disciplinary proceedings presently pending against me before the bar of

any court.

8. A proposed order granting my admission *pro hac vice* is enclosed as Exhibit 3 to this

Affidavit.

_____

Caitlin L.D. Hull

Subscribed and sworn to before me
This ⟶7th⟵ day of February, 2023.

_____

Notary Public

KIMMY K SCHMIDT
NOTARY PUBLIC
MINNESOTA
My Commission Expires Jan. 31, 2025

2

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, I caused copies of the foregoing Affidavit in Support of Motion for Admission *Pro Hac* Vice to be electronically filed with the Clerk of the Court and served on all parties of record using the CM/ECF system.

By: _____