**UNITED STATES DISTRCIT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>-v-<br><br>ANDREW DEFRANCESCO, MARLIO MAURICIO DIAZ CARDONA, CARLOS FELIPE REZK, NIKOLA FAUKOVIC, and CATHERINE DEFRANCESCO,<br><br>　　　　Defendants. | Case No. 23-cv-00131-JSR<br><br>**ORDER FOR ADMISSION OF CAITLIN L.D. HULL *PRO HAC VICE*** |

　　　　The motion of Caitlin L.D. Hull for admission to practice *pro hac vice* as counsel for Defendants Marlio Mauricio Diaz Cardona and Carlos Felipe Rezk in the above-captioned matter is granted.

　　　　Applicant has declared that she is a member in good standing of the bars of the State of Minnesota and State of North Dakota, and that her contact information is as follows:

> Caitlin L.D. Hull
> DORSEY & WHITNEY LLP
> 50 South Sixth Street, Suite 1500
> Minneapolis, MN 55402
> Telephone: (612) 492-6773
> hull.caitlin@dorsey.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Marlio Mauricio Diaz Cardona and Carlos Felipe Rezk in the above-entitled action.

　　　　**IT IS HEREBY ORDERED** that Caitlin L.D. Hull is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the rules governing discipline of attorneys.

Dated: _____          _____
                                        U.S. DISTRICT JUDGE JED S. RAKOFF

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 7, 2023, I caused copies of the foregoing Proposed Order Granting Motion for Admission *Pro Hac* Vice to be electronically filed with the Clerk of the Court and served on all parties of record using the CM/ECF system.

By: */s/ Caitlin L.D. Hull*