## Return of Service

**UNITED STATES DISTRICT COURT**
**Southern District of New York**

Securities and Exchange Commission
   Plaintiff

Case Number: 1:23-cv-00131
Court Date: February 13, 2023 at 11:15 AM

vs.

Andrew DeFrancesco; et al.
   Defendant

On behalf of:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier to be served on Nikola Faukovic at 1310 Northeast 46th Street, Oakland Park, FL 33334.

I, Mike Meyer, being duly sworn, depose and say that on February 7, 2023 at or about 3:10 PM I served Summons & Complaint; Notice of Court Conference; Civil Case Management Plan; Individual Rules of Practice - Hon. Jed S. Rakoff personally to Nikola Faukovic at 1310 Northeast 46th Street, Oakland Park, FL 33334.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_____   2/8/23
Mike Meyer                  Date
Cavalier CPS
823-C S. King St.
Leesburg, VA 20175
Our Job Number: 2023-106576
Reference: 23-NYRO-039