UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 23-CV-00131

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

ANDREW DEFRANCESCO, MARLIO
MAURICIO DIAZ CARDONA, CARLOS
FELIPE REZK, NIKOLA FAUKOVIC,
AND CATHERINE DEFRANCESCO,

    Defendants.

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Tama Beth Kudman, Esq., who is duly admitted to practice before this Court, hereby enters her appearance as counsel of record on behalf of Defendant **NIKOLA FAUKOVIC**. Please forward copies of all future pleadings and correspondence to the undersigned at the address below.

Dated: February 13, 2023

Respectfully submitted,

**PIETRAGALLO GORDON ALFANO BOSICK
& RASPANTI, LLP**

Tama Beth Kudman, Esq.
7108 Fairway Drive, Suite 130
Palm Beach Gardens, Florida 33418
Tel: (561) 472-0811; Facsimile: (561) 828-0210

By: /s/ Tama Kudman
    New York Bar Reg. No. 2744357
    tbk@pietragallo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been filed electronically via CM/ECF and furnished via email to all counsel of record on February 13, 2023.

By: /s/ Tama Kudman