UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                            Plaintiff,<br><br>-against-<br><br>ANDREW DEFRANCESCO, MARLIO MAURICIO DIAZ CARDONA, CARLOS FELIPE REZK, NIKOLA FAUKOVIC, and CATHERINE DEFRANCESCO,<br><br>                            Defendants. | 23 Civ. 00131 (JSR)<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

       IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for the parties that the time within which Defendants Andrew DeFrancesco, Marlio Mauricio Diaz Cardona, Carlos Felipe Rezk, Nikola Faukovic, and Catherine DeFrancesco may move, answer, or otherwise respond to the Complaint is hereby extended up to and including March 17, 2023.

       No provisions of this Stipulation and Order shall be construed as a waiver of, and Defendants Andrew DeFrancesco, Marlio Mauricio Diaz Cardona, Carlos Felipe Rezk, Nikola Faukovic, and Catherine DeFrancesco expressly reserve, all defenses.

       There has been no previous request for extension of time from Defendants Andrew DeFrancesco, Marlio Mauricio Diaz Cardona, Carlos Felipe Rezk, and Catherine DeFrancesco. This is Defendant Nikola Faukovic's second request for extension of time.

Dated: March 9, 2023

/s/ Jenna M. Dabbs

Jenna M. Dabbs
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (929) 294-2540
jdabbs@kaplanhecker.com

*Counsel for Defendant Catherine DeFrancesco*

Dated: March 9, 2023

/s/ Christopher M. Colorado

Christopher M. Colorado
SECURITIES AND EXCHANGE COMMISSION
New York Regional Office
100 Pearl St., Suite 20-100
New York, NY 10004-2616
(212) 336-9143
(Colorado)
ColoradoCh@sec.gov

*Attorneys for Plaintiff Securities and Exchange Commission*

Dated: March 9, 2023

/s/ Adam Fee

Adam Fee
George S. Canellos
MILBANK LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 530-5101 (Fee)
afee@milbank.com

*Attorneys for Defendant Andrew DeFrancesco*

Dated: March 9, 2023

/s/ Caitlin L.D. Hull

Caitlin L.D. Hull
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Telephone: (612) 492-6773
hull.caitlin@dorsey.com

Thomas O. Gorman
DORSEY & WHITNEY LLP
1401 New York Avenue NW, Suite 900
Washington, DC 20005
Telephone: (202) 442-3507
gorman.tom@dorsey.com

*Attorneys for Defendants Marlio Mauricio Diaz Cardona and Carlos Felipe Rezk*

Dated: March 9, 2023

/s/ Tama Beth Kudman

Tama Beth Kudman, Esq.
7108 Fairway Drive, Suite 130
Palm Beach Gardens, Florida 33418 Tel:
(561) 472-0811
Facsimile: (561) 828-0210
tbk@pietragallo.com

*Attorney for Defendant Nikola Faukovic*


IT IS SO ORDERED this \_\_\_\_ day of _____, 2023


_____
The Honorable Jed S. Rakoff
United States District Judge