UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                            Plaintiff,<br><br>              -against-<br><br>ANDREW DEFRANCESCO, MARLIO MAURICIO DIAZ CARDONA, CARLOS FELIPE REZK, NIKOLA FAUKOVIC, and CATHERINE DEFRANCESCO,<br><br>                          Defendants. | 23 Civ. 00131 (JSR)<br><br>ECF CASE |

## NOTICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S UNOPPOSED MOTION FOR THE ISSUANCE OF LETTERS ROGATORY

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law, dated March 16, 2023, and exhibits thereto, and the Declaration of Katherine S. Bromberg, dated March 15, 2023, plaintiff Securities and Exchange Commission moves this Court, before the Honorable Jed S. Rakoff, United States District Judge, at the United States Courthouse, 500 Pearl Street, New York, NY 10007, for the issuance of letters rogatory to obtain testimonial evidence in Ontario, Canada.  This motion is unopposed.

Dated:  March 16, 2023

                                                                                       Respectfully submitted,

                                                                                         /s/    Christopher M. Colorado
                                                                                       Christopher M. Colorado
                                                                                       Katherine S. Bromberg
                                                                                       SECURITIES AND EXCHANGE
                                                                                        COMMISSION
                                                                                       100 Pearl St., Suite 20-100
                                                                                       New York, NY 10004-2616
                                                                                       (212) 336-9143 (Colorado)
                                                                                       ColoradoCh@sec.gov

                                                                                       *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2023, I caused copies of the foregoing Motion for the Issuance of Letters Rogatory and accompanying papers to be electronically filed with the Clerk of Court and served on all parties of record using the CM/ECF system.

By:  /s/  Christopher M. Colorado