UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br>  v.<br><br>ANDREW DEFRANCESCO, MARLIO MAURICIO DIAZ CARDONA, CARLOS FELIPE REZK, NIKOLA FAUKOVIC, and CATHERINE DEFRANCESCO,<br><br>    Defendants. | 23 Civ. 00131 (JSR)<br><br>ECF CASE |

## MOTION FOR WITHDRAWAL OF ATTORNEY

Plaintiff Securities and Exchange Commission ("SEC") respectfully moves the Court for an order in the form filed herewith withdrawing Christopher M. Colorado as counsel of record in this action for Plaintiff. Mr. Colorado has a conflict of interest requiring recusal. The SEC continues to be represented by the other counsel of record in the matter.

Dated:  March 27, 2023

                                                            Respectfully submitted,

                                                              /s/ Christopher M. Colorado
                                                            Christopher M. Colorado
                                                            Securities and Exchange Commission
                                                            100 Pearl Street, Suite 20-100
                                                            New York, NY  10004-2616
                                                            Tel:  (212) 336-9143
                                                            ColoradoCh@sec.gov

                                                            *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2023, I caused a copy of the foregoing Motion for Withdrawal of Attorney and supporting documents to be served by ECF on all parties who have made an ECF appearance.

    /s/ Christopher M. Colorado
Christopher M. Colorado
Attorney for Plaintiff
Securities and Exchange Commission