**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ANDREW DEFRANCESCO, et al.,

Defendants.

Case No. 23-CV-131 (JSR)

**MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, Jason D. Schall hereby moves this Court for an order for admission to practice *pro hac vice* to appear as counsel for Plaintiff Securities and Exchange Commission in the above-captioned action.

I am a member in good standing of the bars of the State of New York and District of Columbia, and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred, or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3.

Dated: March 28, 2023

Respectfully submitted,

/s/ Jason D. Schall

Jason D. Schall
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Tel: 202-551-6270
Email: schallj@sec.gov

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ANDREW DEFRANCESCO et al.,

Defendants.

Case No. 23-CV-131 (JSR)

**DECLARATION OF JASON D. SCHALL**

I, Jason D. Schall, pursuant to 28 U.S.C. § 1746, declare the following:

1. I am a Trial Counsel at the Securities and Exchange Commission.

2. I am a member in good standing of the bars of the District of Columbia and the State of New York.

3. I have never been convicted of a felony.

4. I have never been censured, suspended, disbarred, or denied admission or readmission by any court.

5. There are no pending disciplinary proceedings against me in any state or federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 28, 2023
McLean, VA

/s/ Jason D. Schall
Jason D. Schall




# Appellate Division of the Supreme Court of the State of New York Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Jason David Schall

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 26, 2005**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.




In Witness Whereof, I have hereunto set my hand in the City of Albany on October 12, 2022.

Robert D Mayberger

Clerk of the Court

CertID-00087017




*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022




*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

***Jason Schall***

*was duly qualified and admitted on November 14, 2005 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

***In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on September 15, 2022.***

***JULIO A. CASTILLO***
***Clerk of the Court***

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

***For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.***

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

ANDREW DEFRANCESCO, et al.,

Defendants.

Case No. 23-CV-131 (JSR)

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Jason D. Schall for admission to practice *pro hac vice* in the above-captioned action is GRANTED.

Applicant has declared that he is a member in good standing of the bars of the District of Columbia and the State of New York, and that his contact information is as follows:

Jason D. Schall
Securities and Exchange Commission
100 F Street, NE
Washington, DC 20549
Tel: 202-551-6270
Email: schallj@sec.gov

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Plaintiff Securities and Exchange Commission in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including

/
/
/
/

the Rules governing discipline of attorneys.

Dated: ____________________ ____________________________________

JED S. RAKOFF

United States District Judge