```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISISON,<br><br>        Plaintiff,<br><br>  -v-<br><br>ANDREW DEFRANCESCO, MARLIO MAURICIO DIAZ CARDONA, CARLOS FELIPE REZK, NIKOLA FAUKOVIC, and CATHERINE DEFRANCESCO,<br><br>        Defendants. | 23-cv-131 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On April 5, 2023, defendant Andrew DeFrancesco moved to dismiss Counts One and Two of plaintiff the Securities and Exchange Commission's Complaint. See ECF No. 54. Upon full consideration of the parties' written submissions and oral arguments, the Court hereby denies defendant's motion. An opinion explaining the reasoning for this decision will follow in due course.

SO ORDERED.

Dated:   New York, NY

        May 5, 2023

                                          JED S. RAKOFF, U.S.D.J.