UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>      Plaintiffs,<br><br>v.<br><br>ANDREW DEFRANCESCO, MARLIO MAURICIO DIAZ CARDONA, CARLOS FELIPE REZK, NIKOLA FAUKOVIC, AND CATHERINE DEFRANCESCO,<br><br>      Defendants. | Civil Action No.: 23-cv-00131-JSR<br><br>ECF Case |

## MOTION AND [PROPOSED] ORDER TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, upon the annexed declaration of Jeremy Butt, and subject to the approval of the Court, Jeremy B. Butt hereby withdraws as counsel for Defendant Andrew DeFrancesco and shall be removed from the CM/ECF notification list in the above-captioned matter. George S. Canellos, and Adam Fee, will continue to represent Defendant Andrew DeFrancesco in this action.

Dated:  June 16, 2023
      New York, New York

                 MILBANK LLP

                 By: */s/ Jeremy B. Butt*
                 Jeremy Butt
                 55 Hudson Yards
                 New York, New York 10001
                 (212) 530-5000
                 JButt@milbank.com

*Counsel for Defendant Andrew DeFrancesco*

SO ORDERED: _____