UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Civil Action No.: 23-cv-00131-JSR |
| Plaintiffs, | ECF Case |
| v. | |
| ANDREW DEFRANCESCO, MARLIO MAURICIO DIAZ CARDONA, CARLOS FELIPE REZK, NIKOLA FAUKOVIC, AND CATHERINE DEFRANCESCO, | |
| Defendants. | |

## DECLARATION OF JEREMY BUTT

JEREMY B. BUTT, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am an associate with the law firm Milbank LLP, counsel for Defendant Andrew DeFrancesco in the above-captioned action. I submit this declaration in compliance with Local Rule 1.4 to notify the Court that I am withdrawing as counsel for Defendant Andrew DeFrancesco.

2. George S. Canellos, and Adam Fee will continue to represent Defendant in this action.

3. My withdrawal will not delay the matter or prejudice any party.

4. I am not asserting a retaining or charging lien.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 16, 2023
New York, New York

                                                      */s/ Jeremy B. Butt*
                                                      Jeremy Butt