UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISISON, <br><br> Plaintiff, <br><br> -v- <br><br> ANDREW DEFRANCESCO, MARLIO MAURICIO DIAZ CARDONA, CARLOS FELIPE REZK, NIKOLA FAUKOVIC, and CATHERINE DEFRANCESCO, <br><br> Defendants. | 23-cv-131 (JSR) <br><br> ORDER |

JED S. RAKOFF, U.S.D.J.:

On July 5, 2023, defendants, Marlio Mauricio Diaz Cardona and Carlos Felipe Rezk, moved for summary judgment on all claims pending against them. See ECF Nos. 73, 76. Upon full consideration of the parties' written submissions and oral argument, the Court hereby denies defendants' motions. An opinion explaining the reasoning for this decision will follow in due course.

Counsel for plaintiff and for defendants are instructed to convene a joint call to Chambers by no later than 5 P.M. on Wednesday, September 13, 2023, to set a trial date.

The clerk is respectfully directed to close document numbers 73 and 76 on the docket of this case.

SO ORDERED.

Dated:  New York, NY

  September 11, 2023                    JED S. RAKOFF, U.S.D.J.