UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　Plaintiff,<br>v.<br>ANDREW DEFRANCESCO, MARLIO MAURICIO DIAZ CARDONA, CARLOS FELIPE REZK, NIKOLA FAUKOVIC, AND CATHERINE DEFRANCESCO,<br>　　　　　　　Defendants. | No. 1:23-CV-00131-JSR |



[PROPOSED] ORDER TO DISBURSE FUNDS TO PAY FEDERAL TAX LIABILITES FOR THE SECOND QUARTER OF TAX YEAR 2025 AND AUTHORIZING FUTURE PAYMENT OF THE TAX OBLIGATIONS OF THE FAIR FUND AND THE RELATED FEES AND EXPENSES OF THE TAX ADMINISTRATOR WITHOUT FURHTER COURT ORDER

The Court, having reviewed Plaintiff Securities and Exchange Commission's ("SEC") Motion to Disburse Funds held by the SEC at the U.S. Treasury to pay certain tax liabilities due for the second quarter of tax year 2025 on behalf of the Fair Fund, and the supporting Declaration of David J. White in Support of Tax Payment Request (the "Declaration"), and for good cause shown,

**IT IS HEREBY ORDERED:**

I.  The SEC shall wire $30,000.00 from the Fair Fund on deposit at the U.S. Treasury under the case name designation "SEC v. Defancesco" to "Heffler, Radetich & Saitta LLP" for payment of tax liabilities due for the second quarter of tax year 2025; and

II. The SEC is authorized to approve and arrange payment of all tax obligations owed by the Fair Fund and the fees and expenses of the Tax Administrator directly from the Fair

Fund without further approval of this Court. All payments for taxes and the fees and expenses of the Tax Administrator shall be reported to the Court in a final accounting.

**IT IS SO ORDERED.**

Dated: 6/13/25

_____
United States District Judge