**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ANDREW DEFRANCESCO, MARLIO MAURICIO DIAZ CARDONA, CARLOS FELIPE REZK, NIKOLA FAUKOVIC, AND CATHERINE DEFRANCESCO,**<br><br>**Defendants.** | **Civil Action No. 1:23-CV-00131-JSR** |

**[PROPOSED]**
**ORDER REMOVING ATTORNEY**

The Court having reviewed Plaintiff Securities and Exchange Commission's Notice of Substitution of Counsel and for good cause shown,

**IT IS HEREBY ORDERED,** Adriene Mixon is removed as counsel of record for Plaintiff in this matter. The Clerk of Court is directed to note on the docket that her representation of Plaintiff is terminated.

**IT IS SO ORDERED.**

Dated: 7/27/26

United States District Court Judge